UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MARY KATHERINE DAY-PETRANO,

      Plaintiff,

vs.                                                                      Case No. 8:05-cv-1183-T-24TBM

CHRIS W. ALTENBERND, ET AL.,

      Defendants.

_____/


## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Motion for

Reconsideration and Vacatur, and for Disqualification of Hon Judge Bucklew Based on

Impermissible Financial Conflicts of Interest and Appearance of Impropriety (Doc. No. 7).

This Court previously denied Plaintiff *in forma pauperis* status in the underlying action

and dismissed Plaintiff's complaint as frivolous (Doc. No. 4).  Plaintiff then appealed this

Court's Order to the United States Court of Appeals for the Eleventh Circuit and filed a motion

to proceed on appeal *in forma pauperis* (Doc. Nos. 5 and 6).  Simultaneously, Plaintiff filed the

instant motion for reconsideration and for disqualification of United States District Judge Susan

C. Bucklew from this case (Doc. No. 7).   Thereafter, this Court denied Plaintiff's Motion to

Proceed on Appeal *In Forma Pauperis* (Doc. No. 9).

In light of the fact that Plaintiff's appeal was pending before the United States Court of

Appeals for the Eleventh Circuit, this Court took no action with respect to Plaintiff's motion for

reconsideration and disqualification of United States District Judge Susan C. Bucklew from this

case.  On December 16, 2005, the United States Court of Appeals for the Eleventh Circuit

entered an Order dismissing Plaintiff's appeal "for want of prosecution because the appellant has

failed to file the appellant's brief and record excerpts within the time fixed by the rules" (Doc.

No. 11).

Having considered Plaintiff's motion for reconsideration and being otherwise fully

advised, the Court is not inclined to reconsider its prior Order denying Plaintiff *in forma*

*pauperis* status and dismissing Plaintiff's complaint as frivolous.  Accordingly, it is **ORDERED**

**AND ADJUDGED** that:

    (1)    Plaintiff's motion for reconsideration and vacatur (Doc. No. 7-1) is **DENIED**.

    (2)    Plaintiff's motion for disqualification of United States District Judge Susan C.

           Bucklew from this case (Doc. No. 7-2 ) is **DENIED**.

    **DONE AND ORDERED** in Chambers at Tampa, Florida this 9th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Mary Katherine Day-Petrano, Pro Se Plaintiff
Eleventh Circuit Court of Appeals